The judgment is affirmed in accordance with Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Antonio GREEN, Defendant/Appellant.**

No. 68468.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 19, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 7, 1996.

Application to Transfer Denied
March 26, 1996.

Murry A. Marks, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., and SIMON and BLACKMAR, JJ.

### ORDER

PER CURIAM.

Defendant Antonio Green appeals the judgment and sentence entered on charges of possession of burglar's tools in violation of § 569.180 RSMo 1984 after the sentencing court denied his motion for leave to withdraw his guilty plea. He was sentenced to a term of three years imprisonment.

**Paul SCHNEIDER, Appellant,**

v.

**Ivette SCHNEIDER, Respondent.**

No. 68133.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 19, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 20, 1996.

Howard Allen Witnner, Jane Carriker, Witnner, Poger, Rosenblum, Spewak, P.C., St. Louis, for appellant.

Richard J. Eisen, Eisen, Gillespie & Hilton, Robert C. O'Neal, Riezman & Blitz, St. Louis, for respondents.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

Appellants, Paul Schneider ("debtor") and Wittner, Poger, Rosenblum and Spewak, P.C. ("WPRS"), appeal from the judgment entered by the Circuit Court of the County of St. Louis, denying debtor's claim for a wage exemption and denying WPRS's claim of a prior secured interest in funds debtor was to receive under a noncompete agreement, and

awarding the funds to respondents, Ivette Schneider ("wife") and Riezman and Blitz, P.C. ("garnishor"). We affirm.[1]

We have reviewed the briefs of the parties and the legal file and find the order of the circuit court is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the circuit court's order pursuant to Rule 84.16(b).

1. We herein deny garnishor's motion to strike    portions of the legal file or to dismiss.